26602.   McCLURE et al. v. SHIRLEY et al.

FELTON, Justice. Although this appeal is nominally by the two appellants "individually and as members of the Board of Education of Hall County, Georgia," it is from the same declaratory judgment as the appeal in *Bd. of Educ. of Hall County v. Shirley,* 226 Ga. 770 (177 SE2d 711) and involves no relief sought or granted against the appellants as individuals. Since a majority of the five-member board was required to initiate an appeal, *Code* § 102-102 (5); *Styles v. Waters,* 212 Ga. 644 (94 SE2d 702), this appeal by less than a majority must be dismissed.

*Appeal dismissed. All the Justices concur.*
ARGUED JULY 12, 1971—DECIDED JULY 15, 1971—
REHEARING DENIED JULY 30, 1971.

*Perry S. Oliver, Palmour & Palmour, J. E. Palmour, Jr.,* for appellants.
*Reed & Dunn, R. Elliott Dunn, Jr.,* for appellees.